FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

13 MAR 12 PM 4:01

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

SHAWN ALAN MARSHALL

CASE NO. 6:13-cr- 53 orL 28 KRS
18 U.S.C. § 2423(a)
18 U.S.C. 2242(1)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about March 2, 2011 and continuing through on or about March 3, 2011, in Hillsborough County, Florida, in the Middle District of Florida, and elsewhere,

**SHAWN ALAN MARSHALL,**

the defendant herein, did knowingly transport and cause to be transported a minor female, who had not attained the age of 18 years, in interstate commerce, that is, from Hawaii to Florida, with intent that the minor female engage in any sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT TWO

Beginning on or about March 16, 2011 and continuing through on or about November 30, 2012, at Patrick Air Force Base, in Brevard County, in the Middle District of Florida, and within the territorial jurisdiction of the United States,

**SHAWN ALAN MARSHALL,**

the defendant herein, did knowingly cause a minor female to engage in sexual acts, that is, penetrating the minor female's vagina with his penis and causing his mouth to have contact with the minor female's vagina, by threatening the minor female and placing the minor female in fear.

All in violation of Title 18, United States Code, Sections 2242(1) and 7.

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423, the defendant, **SHAWN ALAN MARSHALL**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

SHAWN ALAN MARSHALL

## INDICTMENT

Violations:

18 U.S.C. 2242(1) and 18 U.S.C. 2423(a)

A true bill,

_____
Foreperson

Filed in open court this 12th day

of March, 2013.

_____
Clerk

Bail  $ _____

GPO 863 525