

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:13-cr-53-Orl-28-KRS

SHAWN ALAN MARSHALL

### PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, and the defendant, **SHAWN ALAN MARSHALL**, and the attorney for the defendant, Stephen J. Langs, mutually agree as follows:

A. **Particularized Terms**

1. Count Pleading To

The defendant shall enter a plea of guilty to Count Two of the Indictment. Count Two charges the defendant with knowingly causing a minor female to engage in sexual acts, that is, penetrating the minor female's vagina with his penis and causing his mouth to have contact with the minor female's vagina, by threatening the minor female or placing the minor female in fear, within the territorial jurisdiction of the United States, in violation of 18 U.S.C. §§ 2242(1) and (7).

X Defendant's Initials _____    AF Approval _____

2.  **Maximum Penalties** ~~c.s.~~ (4)

Count ~~One~~ Two carries a maximum sentence of up to life imprisonment, a fine of ~~$25,000~~ $250,000 A.C.S. @ a term of supervised release of five years up to life, and a special assessment of $100. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense, and with respect to other offense, the Court may order the defendant to make restitution to any victim of the offense, or to the community, as set forth below.

3.  **Elements of the Offense**

The defendant acknowledges understanding the nature and elements of the offense with which the defendant has been charged and to which the defendant is pleading guilty. The elements of Count Two are:

| | | |
|---|---|---|
| First: | | the defendant caused the minor female to participate in sexual acts; |
| Second: | | the defendant did so by threatening the minor female or placing the minor female in fear; |
| Third: | | the defendant did these acts knowingly; and |
| Fourth: | | the acts occurred within the territorial jurisdiction of the United States. |

4.  **Counts Dismissed**

At the time of sentencing, the remaining count against the defendant, Count One, will be dismissed pursuant to Fed. R. Crim. P. 11(c)(1)(A).

Defendant's Initials _[signature]_        2

5.  **No Further Charges**

If the Court accepts this plea agreement, the United States Attorney's Office for the Middle District of Florida agrees not to charge the defendant with committing any other federal criminal offenses known to the United States Attorney's Office at the time of the execution of this agreement, related to the conduct giving rise to this plea agreement.

6.  **Mandatory Restitution to Victim of Offense of Conviction**

Pursuant to 18 U.S.C. §§ 3663(a) and (c)(1) and 18 U.S.C. § 2248, the defendant agrees to make full restitution to the minor female described in the Indictment.

7.  **Guidelines Sentence**

Pursuant to Fed. R. Crim. P. 11(c)(1)(B), the United States will recommend to the Court that the defendant be sentenced within the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines, as adjusted by any departure the United States has agreed to recommend in this plea agreement. The parties understand that such a recommendation is not binding on the Court and that, if it is not accepted by this Court, neither the United States nor the defendant will be allowed to withdraw from the plea agreement, and the defendant will not be allowed to withdraw from the plea of guilty.

Defendant's Initials _[signature]_     3

8. <u>Acceptance of Responsibility - Two Levels</u>

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will not oppose the defendant's request to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG §3E1.1(a). The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

9. <u>Sex Offender Registration and Notification</u>

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the

Defendant's Initials _[signature]_    4

defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

**B.** **Standard Terms and Conditions**

1. Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, shall order the defendant to make restitution to any victim of the offense, pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. § 3663A(c)(1) (limited to offenses committed on or after April 24, 1996); and the Court may order the defendant to make restitution to any victim of the offense, pursuant to 18 U.S.C. § 3663 (limited to offenses committed on or after November 1, 1987), including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement. The defendant further understands that compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (18 U.S.C. § 3003(b)(2)), including, but not limited to, garnishment and execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant's restitution obligation is satisfied.

On each count to which a plea of guilty is entered, the Court shall impose a special assessment pursuant to 18 U.S.C. § 3013.

Defendant's Initials _____    5

The defendant understands that this agreement imposes no limitation as to fine.

2. <u>Supervised Release</u>

The defendant understands that the offense to which the defendant is pleading provides for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

3. <u>Sentencing Information</u>

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the count to which the defendant pleads, to respond to comments made by the defendant or the defendant's counsel, and to correct any misstatements or inaccuracies. The United States further reserves its right to make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

4. <u>Financial Disclosures</u>

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit to the United States Attorney's Office within 30 days of execution of this agreement an affidavit

Defendant's Initials _____    6

reflecting the defendant's financial condition. The defendant promises that his/her financial statement and disclosures will be complete, accurate and truthful and will include all assets in which he/she has any interest or over which the defendant exercises control, directly or indirectly, including those held by a spouse, dependent, nominee or other third party. The defendant further agrees to execute any documents requested by the United States needed to obtain from any third parties any records of assets owned by the defendant, directly or through a nominee, and, by the execution of this Plea Agreement, consents to the release of the defendant's tax returns for the previous five years. The defendant similarly agrees and authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to the Court and for collecting any assessments, fines, restitution, or forfeiture ordered by the Court. The defendant expressly authorizes the United States Attorney's Office to obtain current credit reports in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

5. <u>Sentencing Recommendations</u>

It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or

Defendant's Initials _____      7

defer a decision until it has had an opportunity to consider the presentence report prepared by the United States Probation Office. The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office. The defendant further understands and acknowledges that any discussions between the defendant or the defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, the defendant will not be permitted to withdraw the defendant's plea pursuant to this plea agreement. The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

6.  <u>Defendant's Waiver of Right to Appeal the Sentence</u>

The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal the defendant's sentence on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range <u>as determined by</u>

Defendant's Initials _____   8

the Court pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by 18 U.S.C. § 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by 18 U.S.C. § 3742(a).

7. Middle District of Florida Agreement

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will bring the defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

8. Filing of Agreement

This agreement shall be presented to the Court, in open court or in camera, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of the defendant's entry of a plea of guilty pursuant hereto.

9. Voluntariness

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and the

Defendant's Initials _____      9

defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind. The defendant further acknowledges the defendant's understanding of the nature of the offense or offenses to which the defendant is pleading guilty and the elements thereof, including the penalties provided by law, and the defendant's complete satisfaction with the representation and advice received from the defendant's undersigned counsel (if any). The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to be tried by a jury with the assistance of counsel, the right to confront and cross-examine the witnesses against the defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in the defendant's defense; but, by pleading guilty, the defendant waives or gives up those rights and there will be no trial. The defendant further understands that if the defendant pleads guilty, the Court may ask the defendant questions about the offense or offenses to which the defendant pleaded, and if the defendant answers those questions under oath, on the record, and in the presence of counsel (if any), the defendant's answers may later be used against the defendant in a prosecution for perjury or false statement. The defendant also understands that the defendant will be adjudicated guilty of the offenses to which the defendant has pleaded and, if any of such offenses are felonies, may

Defendant's Initials _____    10

thereby be deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

10. Factual Basis

The defendant is pleading guilty because the defendant is in fact guilty. The defendant certifies that the defendant does hereby admit that the facts set forth below, are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt.

## FACTS[1]

Beginning on or about March 16, 2011, and continuing through and including on or about November 30, 2012, at Patrick Air Force Base, in Brevard County, in the Middle District of Florida, and within the territorial jurisdiction of the United States, the defendant, **SHAWN ALAN MARSHALL ("MARSHALL")**, knowingly caused a minor female to engage in sexual acts, that is penetrating the minor female's vagina with his penis and causing his mouth to have contact with the minor female's vagina, by threatening the minor female or placing the minor female in fear.

---

[1] The factual basis is prepared by the United States and does not include all of the facts relevant to the defendant's involvement in the crime to which the defendant is pleading guilty and other illegal activities in which the defendant may have been involved.

Defendant's Initials _S__    11

The minor female described above, and in the Indictment, is a relative of **MARSHALL'S**. **MARSHALL** began sexually abusing the minor female in April or May 2008 when **MARSHALL**, the minor female, and other members of their family lived in Hawaii. **MARSHALL** drank excessive amounts of alcohol and was physically and verbally abusive to other family members in the presence of the minor female. On one occasion, the minor female witnessed **MARSHALL** pick up a futon couch, which the minor female's mother was laying on, and turn the couch over, on top of her mother. Due to **MARSHALL'S** excessive drinking and abusive behavior, the minor female feared **MARSHALL** and complied with all of his sexual demands because she feared he would bodily harm her if she did not comply. While the family was still living in Hawaii, **MARSHALL** told the minor female's mother, who is also his wife, that if she (the mother) would not have sex with him, he would rape the minor female.

On or about March 2, 2011, **MARSHALL**, the minor female, and other family members moved from Hawaii to Florida, by commercial flight, arriving at the Tampa airport, in Hillsborough County, on March 3, 2011. The family temporarily lived in hotels in the Middle District of Florida. During this period, **MARSHALL** attempted to create situations where he and the minor female would be alone in the hotel rooms, by asking his wife to run errands and asking other family members to leave the hotel room. **MARSHALL** was unable to get the minor female alone while the family was living in hotels.

Defendant's Initials _____    12

On or about March 16, 2011, the family, including **MARSHALL** and the minor female, moved into a townhouse, located on Patrick Air Force Base, which is within the exclusive territorial jurisdiction of the United States. Once the family moved into the residence on the Air Force Base, **MARSHALL** resumed sexually abusing the minor female. The abuse typically occurred when the minor female's mother was at work and consisted of **MARSHALL** penetrating the minor female's vagina with his penis on multiple occasions in the bathrooms, the master bedroom, and the dining room of the Air Force Base home. When the abuse occurred in the bathroom, **MARSHALL** locked the minor female in the bathroom with him, and was careful to make sure that he and the minor female left the bathroom separately after he was finished. **MARSHALL** also placed his mouth on the minor female's vagina while in the master bedroom of the Air Force Base residence. In November 2012, **MARSHALL** sexually abused the minor female for the last time.

During some of the sexual abuse, **MARSHALL** used physical force on the minor female. In Hawaii and on the Air Force Base, **MARSHALL** pinned the minor victim's arms behind her back while vaginally penetrating her with his penis. On another occasion in Hawaii, **MARSHALL** wrapped an amplifier cord around the minor female's throat, while engaging in a sexual act with her. On yet another occasion, in the Air Force Base home, **MARSHALL** called the minor female into the master bedroom and told her to take off her shirt. When the

Defendant's Initials ____      13

minor female hesitated, lifting her shirt up only half-way, **MARSHALL** pulled the shirt off of the minor female's body and inserted his penis into her vagina.

While the family lived in the Air Force Base home, **MARSHALL** continued to be physically and verbally abusive in the presence of the minor female and the minor female continued to comply with all of **MARSHALL'S** sexual demands because she feared him. On one occasion, during an argument inside the Air Force Base home, the minor female witnessed **MARSHALL** punch a hole in her bedroom door. **MARSHALL** also used coercion to prevent the victim from disclosing the abuse, telling her that if anyone found out it would destroy the family.

On or about February 7, 2013, the minor female told her mother that **MARSHALL** had been sexually abusing her for years. The mother contacted **MARSHALL**, via cellular telephone, and told him she knew what was going on. **MARSHALL** immediately responded by stating: "Oh my God. I am so sorry. (I knew you would find out.")

11. <u>Entire Agreement</u>

This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

Defendant's Initials _____      14

12. Certification

The defendant and the defendant's counsel certify that this plea agreement has been read in its entirety by (or has been read to) the defendant and that the defendant fully understands its terms.

DATED this 23rd day of ~~March~~ April, 2013.

_____  
SHAWN ALAN MARSHALL  
Defendant

By: _____  
Andrew C. Searle  
Assistant United States Attorney

ROBERT E. O'NEILL  
United States Attorney

_____  
Stephen J. Langs  
Attorney for Defendant

_____  
Carlos A. Perez-Irizarry  
Assistant United States Attorney  
Chief, Orlando Division

Endnote 1 — DEFENDANT ACTUALLY SAID, "I KNOW I'VE DESTROYED US." (not I knew you would find out)

Defendant's Initials _____   15